UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES

v.  607CR010

TONY LAVAUGHN LARISCY

## ORDER

The Government's motion *in limine* (doc. # 32) is **GRANTED**. Jury nullification arguments are not permitted in the Eleventh Circuit. *See U.S. v. Trujillo*, 714 F.2d 102, 106 (11th Cir. 1983) ("[D]efense counsel may not argue jury nullification during closing argument"); *U.S. v. Roberts*, 215 Fed.Appx. 842, 847 (11th Cir. 2007) ("We do not permit defense counsel to make a nullification argument to the jury...."). Also, neither the issue of punishment nor the "fairness" of the firearm statutes in question is appropriate in any argument before the jury.

This  5  day of May, 2008.

*[signature]*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA1